**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LARRY JAMES,

          Plaintiff,          CASE NUMBER: 07-CV-11025-DT

v.          HON. ROBERT H. CLELAND

INTEGRATED MANUFACTURING INC.,

          Defendant.
_____/

## ORDER OF DISMISSAL FOR LACK OF PROGRESS

Upon review of the pleadings as filed in this matter, and notice to counsel;

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: July 31, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 31, 2007, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522